Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

Division

| | |
|---|---|
| Carlos Vega - cruz | Case No. 25-CV-1640 SCC |
| _Plaintiff(s)_ | (to be filled in by the Clerk's Office) |

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Superintendent Vicente,
officer Serrano,
officer Laboy      Defendants

_Defendant(s)_

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2025 DEC 9 PM 1:03

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

I.      **The Parties to This Complaint**

A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                    *Carlos Vega - Cruz*

All other names by which

you have been known:

ID Number               *# 36440 - 509*

Current Institution     *Federal Correctional Complex.*

Address                 *FCI - Coleman Medium*

                        *P.O. Box 1032*

                        *Coleman , Florida  33521*

B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                        *Vicente*

Job or Title *(if known)*   *"Superintendent"*

Shield Number

Employer                    *State employee*

Address                     *Guayama 1,000 (apartado Postal 1950*

                            *Guayama   P.R  00785 - 1950)*

☑Individual capacity    ☑Official capacity

Defendant No. 2

Name                        *Serrano*

Job or Title *(if known)*   *"Officer"*

Shield Number

Employer                    *State employee*

Address                     *Guayama 1,000 (apartado Postal 1950*

                            *Guayama   P.R  00785 - 1950)*

☑Individual capacity    ☑Official capacity

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**

    Name               *Laboy*

    Job or Title *(if known)*   *officer*

    Shield Number

    Employer          *state employee*

    Address           *Guayama 1,000 (apartado postal 1950)*

                     *Guayama P.R 00785 - 1950*

                          *City*            *State*        *Zip Code*

           [✓] Individual capacity     [✓] Official capacity

**Defendant No. 4**

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

                      *City*          *State*        *Zip Code*

         [ ] Individual capacity     [ ] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

  A.    Are you bringing suit against *(check all that apply)*:

      [✓] Federal officials (a *Bivens* claim)

      [✓] State or local officials (a § 1983 claim)

  B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Defendants in This matter have violated my 1st and 8th amendment rights ... The right to be free from cruel & unusual punishment and retaliation & the freedom to practice religion.*

  C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*This Complaint arises from the Unlawful conduct/actions committed by defendants against plaintiff by deliberate indifference to plaintiffs health, care and safety have not only caused the plaintiff to suffer serious/substantial injury while in defendants custody which in fact violated The Plaintiffs Constitutional rights under The 8th amendment which is to be free from cruel & unusual punishment, religious practices, retaliation (1st Amend violations)*

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. Attach additional pages if needed. Defendant's in This Matter

State ~~Fed~~ law. Attach additional pages if needed.

are ~~███~~ employees who work at the institution in which
the violations & injuries occured, the plaintiff was subject
to ,, inhumane conditions, cruel and Unusual Punishment,
retaliation, violation of religious beliefs & practices as well,
as inhumane, harsh and abusive conditions, etc

III.  **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☐  Convicted and sentenced state prisoner

☑  Convicted and sentenced federal prisoner

☐  Other *(explain)*

IV.  **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

The instant Claims did occur within
an institution

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

The events giving rise to my claim arose
at the institution of ...

Guayama 1,000
Apartado Postal 1950
Guayama, P.R 00785-1950

C.    What date and approximate time did the events giving rise to your claim(s) occur?

Plaintiff suffered many forms of abuse and mistreatment During the entire time he was at Guayama 1,000 man hold over. The verbal abuse was constant and there were many violations from 2021-2022, plaintiff intends to submit further evidence which will support his claims during discovery stages, including more specifics date, witnesses, etc. plaintiff simply ask for a fair, meaningful opportunity to litigate his case Respectfully

D.    What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

Please see attached for full detailed Complaint of Underlying facts to claim additional documents, video footage, witness statements and other evidence will be provided later during discovery stages and for further proof and resolution at trial.

V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff suffered mental & emotional trauma from what he endured from defendants actions. mental & emotional damage that the plaintiff still suffers from until this day, including serious severe physical injury to plaintiffs eyes, from where he was maliciously peper sprayed by defendant Laboy causing plaintiff mindgrains, painful headaches, sleepless nights and impaired vision, etc.

VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

## Prayer for Relief

Plaintiff "respectfully" prays that this Honorable Court enter Judgement granting the Plaintiff:

① Compensatory damages in the amount of $450,000 U.S. Dollars against each defendant jointly and severally

② Punitive damages in the amount of $250,000 against each defendant.

③ A Jury trial on all issues triable by Jury

④ Plaintiffs cost in this suit.

⑤ the right to amend complaint due to lack of legal knowledge as a pro-se litigant and layman in law as well as defendants whos names are unknown to plaintiff at the moment

⑥ and, any additional relief this court deems Just, proper & equitable

Attachment from Page #5
regarding underlying facts & detailed Complaint

This Complaint is brought forth due to the harsh conditions and cruel/abusive treatment against the plaintiff by defendants while housed in there facility (on hold over) during the beginning of the federal sentence that I'm currently serving. That from the years of 2021 until 2022 I was subjected to many forms of unlawful, abusive conduct that not only violated my Constitutional rights under the 1st and 8th amendment of the United States (cruel and unusual punishment, retaliation and violations of religous beliefs and practices, etc) but which also caused the plaintiff significant damage, pain and suffering. In regards to the religous practices & beliefs, defendants were making the plaintiff (and others) shave all there hair (mustach, beard, facial hair, etc., regardless of ones religeous beliefs which are protected under the 1st Amendment (The right to freedom of speech and religion). Defendants reply was simply that they did not care, that this was there house so that it was either shave all your hair or suffer displinary consequences

"continue next page"

Attachment from Page # 5

regarding underlying facts & detailed Complaint

Virtualy forcing inmates To go against There religious beliefs. Plaintiff was also subject To mental and emotional suffering during the entire Time in Guayama 1,000 Defendants werke constently harrassing and degrading plaintiff, and were always verbally abusing, Threats of punishment were commonplace and the amount of stress that Defendants placed on inmates out of fear was distrubing. Defendants would Throw you against the wall at any given time and ruff you up, search you aggressively, and constant disregect, curses such as ... shut your Bitch ass up, you aint shit, tuff in the streets but this is our house now - threats with Sending inmates to the shu and during one instent, after I had Complained to the superintendant about the staff misconduct when serval days later (out of nowhere) defendant "officer Laboy" opened my room door and began to peper spray me, most of it going directly in my eye. The pain I went Through is one thing and something that I never wish To go through again 8 but the Damage and injuries are another issue

"continue next page"

Attachment from page #5

Regarding underlying facts & detailed Complaint

as the damage in my eyes from the peper spray
has had severe/long term effects on me, I
now suffer from excrutiating headachs That
come and go every few days and the chemicals
from the spray in my eyes also impaired my
vision, to the point where I needed to get
special prescription glasses and even with
These I get painful mindgrains when I now
read for to long. I am currently scheduled
to see medical and speak to the doctor for
some pain, anxiety and medications for
The excrutiating headachs because the
over the counter advils and commissary
meds are not sufficiant, so I'm scheduled
for That and also need to get a catscan and
closer look as the pain/injury have been
now having serious effects on me. The
reason defendant Laboy said he sprayed
me was because he said I was causing
trouble by filing complaints and crying
to the superintendant. Basicly defendant
Laboy had sprayed me in my eyes at extremely
close range and proximity (approx 2 feet or so
from my face from spray) as a form of retaliation

"continue next page"

Attachment from page #5
Attachment #4

regarding underlying facts & detailed Complaint

for Complaining to his supervisor about the way that the officers were treating him and the others there at Guayama 1,000. Plaintiff attempted informal resolution on many occassions, plaintiff also submitted grievances that were never responded to. The plaintiff filed Complaints on the staff misconduct, on Laboy for the incident when he sprayed the plaintiff causing plaintiff severe, perminent injury to his eyes, vision and post traumatic mindgrains and headachs due to defendant Laboy's malicious actions. plaintiff also ComplainED To Defendant "superintendant Vicente" on numerous occassions about the 23 hours a day lockdown which was extremely excessive for inmates on general population who have caused no trouble and who have received no displinary infractions or incidents. These excessive 23 hour a day lockdown has been reserved for when one misbehaves and goes to the shu for displinary lockup, even in those circumstances many courts have found that it is unconstitutional to keep inmates lockdown 23 hours a day for long periods of time as it has long term

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"). 42 U.S.C. § 1997e(a). requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title. or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Attachment from page #5 regarding underlying facts & detailed Complaint

negative effects on prisoners, causing mental and emotional damage, but in this case the plaintiff was not a high publicity case, a security risk or not in shu for any displinary punishment so the 23 hours a day lockdown from 2021-2022 while housed in Guayama 1,000 was also harsh, unnessarry and part of the instant claim. All these issues were brought to Superintendant "Defendant Vicente" who would promise that things will get better and that the staff misconduct would be looked into and addressed but never was as the abuse, disrespect, mental abuse and violations continued for the entire duration the plaintiff was in Guayama 1,000. The plaintiff never received any replies to his greivances and plaintiffs injuries have only aggravated with time, Plaintiff's eye injury and vision is only now taking serious effects, causing intense pain & suffering that medical treatment and further analysis and care is needed. Accordingly the plaintiff Submits and files the instant Complaint, in good faith, with much respect and states with regard to Defendant serrano who was also mistreating inmates and turning a blind eye on inmate abuse - Also During searches & pat downs Defendants were also grabing and touching plaintiffs genitals also a sexual offense.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

2. What did you claim in your grievance?

Plaintiff filed serval grievances as well as spoke and complained To Superintendent defendant as Vicente personally about the 23 hr a day lockdown the constant disrespect and about the staff misconduct and abuse Vicente never replied to my grievances and 23 hr continued. In violation of Plaintiffs Constitutional Rights - Although plaintiff is currently

3. What was the result, if any? Paying his debt to society but that dont give defendant The right to abuse, torture, mistreat and assault plaintiff with the peper spray which caused plaintiff permenit Damage

No results

No answers to my Complaints & grievances plaintiff is only now receiving medical treatment from his Eye injury which he also recently found out about the damage defendant Laboy caused me, accordingly I more forward with the Instent Comp.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Plaintiff attempted informal resolution on many occasions, as well as submitted grievances but which were never addressed or processed as I never received any replies, simply that it is being investigated and taken serious, but nothing happened and the abuse continued including the sexual Contact by deff to plaintiffs genitals during pat down searches. Additional deffendants also part of the abuse Throughout 2021-2022 were plaintiff intends to amend upon discovery of There names & identity

Page 7 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1.    Parties to the previous lawsuit

      Plaintiff(s)

      Defendant(s)

   2.    Court *(if federal court, name the district; if state court, name the county and State)*

   3.    Docket or index number

   4.    Name of Judge assigned to your case

   5.    Approximate date of filing lawsuit

   6.    Is the case still pending?

      ☐ Yes

      ☐ No

      If no, give the approximate date of disposition.

   7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

No

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format )*

1.    Parties to the previous lawsuit

Plaintiff(s)

Defendant(s)

2.    Court *(if federal court, name the district; if state court, name the county and State)*

3.    Docket or index number

4.    Name of Judge assigned to your case

5.    Approximate date of filing lawsuit

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below. I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose. such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation: (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery: and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    11/20/2025

Signature of Plaintiff    X Carlos Vega Cruz
Printed Name of Plaintiff    Carlos Vega-Cruz
Prison Identification #    #36440-509
Prison Address    Federal Correctional Complex (FCI coleman-medium)
                 P.O. Box 1032
                 Coleman, Florida 33521

### B.    For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

Telephone Number
E-mail Address